[No. 11639-1-II.   Division Two.   March 28, 1989.]

ROBERT NORLING, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-07746-0, Nile E. Aubrey, J., entered December 7, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 9204-6-III.   Division Three.   March 28, 1989.]

DILLON SECURITIES, INC., *Appellant,* v. FIRST INTERSTATE BANK OF WASHINGTON, N.A., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-00985-4, Larry M. Kristianson, J., entered March 4, 1988. *Reversed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J.

[No. 9169-4-III.   Division Three.   March 28, 1989.]

ROBERT P. VOLKMAN, *Appellant,* v. CAROL L. MARTIN, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 245091, Donald N. Olson, J. Pro Tem., entered February 1, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 9034-5-III.   Division Three.   March 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ART TABARES, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-00807-5, F. James Gavin, J., entered December 22, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.